NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DERRICK MARCUS TURNER,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D15-480
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed August 31, 2016.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder
and Anthony K. Black, Judges.

Howard L. Dimmig, II, Public Defender,
and Keith W. Upson, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

We reverse Derrick Marcus Turner's judgment and sentence for

conspiracy to traffic in cocaine.[1]  We agree with the State's concession that the trial

---

[1]Turner filed a petition alleging ineffective appellate counsel pursuant to
Florida Rule of Appellate Procedure 9.141(d), which was granted in part, and this court

court was prohibited by double jeopardy principles from setting aside the judgment of acquittal on this charge, which was entered following the close of the State's case, and then reinstating it after the defense rested. See Smith v. Massachusetts, 543 U.S. 462, 464-75 (2005).

      Reversed.

NORTHCUTT, LaROSE, and CRENSHAW, JJ., Concur.

---

afforded him a new direct appeal allowing him to challenge this specific conviction only. Turner v. State, 171 So. 3d 722 (Fla. 2d DCA 2015) (table decision).